```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0117--CR (JKS)
              "USA V SAMUEL H. SCHURIG ET AL"
                  DEF 1.1 SCHURIG, SAMUEL H.
```

In public format, including terminated defendants, excluding terminated counsel

```
    Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed: 07/16/03
             Closed: 05/25/04
 No. of Defendants: 2
     MJ Case Number:
                AKA: SAMUEL D. SCHURIG
    Location status: Released on Own Recognizance
         Trial date:
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: F. Richard Curtner
                     Federal Public Defender Agency
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3412
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Karen L. Loeffler
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 SCHURIG, SAMUEL H.
```

| Document    | Count | Citation and Description    | Disposition        |
|-------------|-------|-----------------------------|--------------------|
| 1 -   1 IND | 1     | 18:371 CONSPIRACY (F)       | Dismissed (68-1)   |
| 1 -   1 IND | 2     | 18:1010 HUD FRAUD (F)       | Sentenced (68-1)   |
| 1 -   1 IND | 3     | 18:1010 HUD FRAUD (F)       | Dismissed (68-1)   |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0117--CR (JKS)
                            "USA V SAMUEL H. SCHURIG ET AL"
                              DEF 2.1 BROUILLET, DELYNN
```

In public format, including terminated defendants, excluding terminated counsel

```
     Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
               Filed: 07/16/03
              Closed: 05/25/04
  No. of Defendants: 2
       MJ Case Number:
                 AKA:
     Location status: Released on Own Recognizance
          Trial date:
          Terminated: YES
    Needs interpreter: NO
    Counsel of record: D. Scott Dattan
                       Law Offices of D. Scott Dattan
                       2600 Denali Street, Suite 460
                       Anchorage, AK 99503
                       907-276-8008
                       FAX 907-278-8571
                       Serve: YES
                        Type: CJA
                        Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Karen L. Loeffler
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial
```

Counts re: DEF 2.1 BROUILLET, DELYNN

| Document   | Count | Citation and Description   | Disposition        |
|------------|-------|----------------------------|--------------------|
| 1 - 1 IND  | 1     | 18:371 CONSPIRACY (F)      | Dismissed (56-1)   |
| 1 - 1 IND  | 2     | 18:1010 HUD FRAUD (F)      | Dismissed (56-1)   |
| 1 - 1 IND  | 3     | 18:1010 HUD FRAUD (F)      | Dismissed (56-1)   |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET ENTRIES FOR CASE A03-0117--CR (JKS)
                        "USA V SAMUEL H. SCHURIG ET AL"

                      In public format, for all filing dates
```

```
 Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
           Filed: 07/16/03
          Closed: 05/25/04
No. of Defendants: 2


Document #   Filed     Docket text
----------   -----     -----------
     1 -  1  07/16/03  [Re: DEF 1-2] PLF 1 Indictment.

  NOTE -  1  07/17/03  Issued: Summons re: def 1.

  NOTE -  2  07/17/03  Issued: Summons re: def 2.

  NOTE -  3  07/17/03  Issued: Proposed Trial Date Setting for arr re: Def 1 & 2 to JKS CMC.

     2 -  1  07/17/03  [Re: DEF 1-2] AHB Grand Jury Minutes; summons to issue re: def 1 & 2;
                       set for arr and notify USM; bail request O/R.

     3 -  1  07/17/03  [Re: DEF 1] AHB Minute Order that arr is set 2:00 p.m. 8/21/03.  cc:
                       USA, Def (by USM), USM, PO

     4 -  1  07/17/03  [Re: DEF 2] AHB Minute Order that arr is set 2:30 p.m., 8/21/03.  cc:
                       USA, Def (by USM), USM, PO

     5 -  1  07/28/03  USM Return of summons re: DEF 1 executed on 7/24/03.

     6 -  1  07/31/03  Return of summons executed re: Def 2 on 7/29/03.

  NOTE -  4  08/22/03  Issued: Notice of Speedy Trial Act ddlns re: Def 1 to JKS.  cc: CMC

  NOTE -  5  08/22/03  Issued: Notice of Speedy Trial Act ddlns re: Def 2 to JKS.  cc: CMC

     7 -  1  08/22/03  [Re: DEF 1] Financial Affidavit.

     8 -  1  08/22/03  [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 9/5/03;
                       oppos due 9/12/03; replies due 9/16/03.  cc: USA, FPD

     9 -  1  08/22/03  [Re: DEF 1] AHB Order of Personal Recognizance.  cc: USA, FPD, USM, PO

    10 -  1  08/22/03  [Re: DEF 1] Order setting conditions of release.  cc: USA, FPD, USM, PO

    11 -  1  08/22/03  [Re: DEF 1] AHB Court Minutes [ECR: Elisa Singleton] of arr on Indt
                       (held 8/21/03); Financial aff FILED; FPD appointed; def plead not
                       guilty; released O/R; order of personal recognizance & order setting
                       conditions of release FILED; ptms due 9/5/03; oppos due 9/12/03; replies
                       due 9/16/03; order re: prep for trial FILED.  cc: USA, FPD, USM, PO

    12 -  1  08/22/03  [Re: DEF 2] Financial Affidavit.

    13 -  1  08/22/03  [Re: DEF 2] AHB Order regarding preparation for trial; ptms due 9/5/03;
                       oppos due 9/12/03; replies due 9/16/03.  cc: USA, S. Dattan

    14 -  1  08/22/03  [Re: DEF 2] AHB Order of Personal Recognizance.  cc: USA, S. Dattan,
                       USM, PO

    15 -  1  08/22/03  [Re: DEF 2] Order setting conditions of release.  cc: USA, S. Dattan,
                       USM, PO


ACMS: R_RDSDI              As of 01/12/06 at 10:20 AM by CWILTS                        Page 1
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
  CRIMINAL DOCKET ENTRIES FOR CASE A03-0117--CR (JKS)
              "USA V SAMUEL H. SCHURIG ET AL"

              In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 08/22/03 | [Re: DEF 2] AHB Court Minutes [ECR: Elisa Singleton] of arr on Indt (held 8/21/03); Financial aff FILED; FPD to appoint CJA cnsl; def plead not guilty; released O/R; order of personal recognizance & order setting conditions of release FILED; ptms due 9/5/03; oppos due 9/12/03; replies due 9/16/03; order re: prep for trial FILED.  cc: USA, FPD (CJA Clerk), USM, PO, S. Dattan |
| 17 - 1 | 08/22/03 | [Re: DEF 1] Clerk's Notice that court is in receipt of def's passport # 076713491 and has been placed in the vault for safe keeping. cc: USA, FPD, finance, USM, PO |
| 18 - 1 | 08/25/03 | [Re: DEF 1-2] JKS Minute Order setting TBJ for 09/29/03 at 9:00 a.m. and FPTC for 09/11/03 at 10:00 a.m. cc: USA, FPD, D. Dattan, USM, USPO, MJ Branson, JC |
| 19 - 1 | 08/25/03 | DEF 2 Notice concerning conditions of release. |
| 20 - 1 | 08/28/03 | [Re: DEF 1-2] PLF 1 motion for order to compel production of handwriting exemplars. |
| 21 - 1 | 09/02/03 | DEF 2 motion on shortened time to compel government to provide discovery w/att exhs. |
| 22 - 1 | 09/03/03 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion on shortened time to compel government to provide discovery (21-1) w/att exh. |
| 23 - 1 | 09/03/03 | [Re: DEF 2] AHB Minute Order that hrg re mot (21-1) is set 10:30 a.m., 9/4/03; R. Curtner and T. Burgess directed to appear.  cc: USA, FPD, USM, PO, S. Dattan |
| 24 - 1 | 09/04/03 | [Re: DEF 2] AHB Court Minutes [ECR: Elisa Singleton] of hrg on def's mot to compel govt to provide discovery (held 9/4/03); motion on shortened time to compel government to provide discovery (21-1) DENIED as moot; parties to work out payment; govt to release discovery to Mr. Dattan. USA, S. Dattan, FPD (CJA Clerk) |
| 25 - 1 | 09/04/03 | DEF 2 non-opposition to [Re: DEF 1-2] PLF 1 motion for order to compel production of handwriting exemplars (20-1). |
| 26 - 1 | 09/04/03 | DEF 1 non-opposition to [Re: DEF 1-2] PLF 1 motion for order to compel production of handwriting exemplars. (20-1). |
| 27 - 1 | 09/05/03 | [Re: DEF 1-2] PLF 1 Unopposed motion to continue trial. |
| 27 - 2 | 09/05/03 | [Re: DEF 1-2] PLF 1 motion on shortened time for status hearing on trial date. |
| 28 - 1 | 09/05/03 | [Re: DEF 1-2] JKS Minute Order granting mot on shortened time for status hearing on trial date (27-2); hrg on non-opposed mot to cont trial set for 09/08/03 at 10:30 a.m. cc: USA, FPD, D. Dattan, USM, USPO, MJ Branson, JC |
| 29 - 1 | 09/08/03 | [Re: DEF 1-2] JKS Court Minutes [ECR: Denali Elmore] Hrg on non-opposed mot to cont trial held 09/08/03; granting unopposed mot to cont trial (27-1); FPTC previously set for 09/11/03 vacated and reset for 11/26/03 at 9:00 a.m.; TBJ previously set for 09/29/03 vacated and reset for 12/08/03 at 9:00 a.m.; crt found excludable delay under 3161(h)(8)(B)(iv)(4) (T code); PT docs due 11/25/03. cc: USA, FPD, S. |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A03-0117--CR (JKS)
                      "USA V SAMUEL H. SCHURIG ET AL"

                       In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| | | | Dattan, USM, USPO, MJ Branson, JC |
| 29 - | 2 | 09/08/03 | [Re: DEF 1-2] Motion (oral) for new pretrial motions deadline. |
| 30 - | 1 | 09/08/03 | [Re: DEF 1-2] AHB Order granting motion for order to compel production of handwriting exemplars (20-1); both defs directed to make themselves available and provide handrwiting exemplars to US on/before 9/12/03. cc: USA, FPD, S. Dattan |
| 31 - | 1 | 09/09/03 | [Re: DEF 1-2] JKS Court Minutes [ECR: Denali Elmore] Hrg on non-opposed mot to cont trial held 09/08/03; TBJ set for 09/29/03 vacated and reset for 12/08/03 at 9:00 a.m.; FPTC set for 09/11/03 vacated and reset for 11/26/03 at 9:00 a.m.; crt found excludable delay under 3161(h)(8)(B)(iv)(4); pt docs due 11/25/03; oral req for a new pt ddln referred to MJ. cc: USA, FPD, S. Dattan, USM, USPO, MJ Branson, JC |
| 32 - | 1 | 09/09/03 | [Re: DEF 1] AHB Minute Order re PTM's due 10/6/03; oppos due NOON 10/20/03; replies due 10/27/03; 10/29/03 at 9:00 a.m. reserved for any necessary hrgs. cc: USA, FPD, D. Dattan |
| 33 - | 1 | 09/09/03 | DEF 1-2 motion to extend pretrial deadlines (to 11/10/03). |
| 34 - | 1 | 09/11/03 | [Re: DEF 1-2] AHB Minute Order denying motion to extend pretrial deadlines (to 11/10/03) (33-1); terminating in light of this order: motion (oral) for new pretrial motions deadline (29-2). cc: USA, FPD, S. Dattan, Judge Singleton |
| 35 - | 1 | 09/11/03 | [Re: DEF 1-2] PLF 1 Notice of meet and confer regarding discovery. |
| 36 - | 1 | 09/11/03 | [Re: DEF 2] CJA appointment of D. Scott Dattan. |
| 37 - | 1 | 10/17/03 | [Re: DEF 1-2] AHB Minute Order that ptms were due 10/6/03 re: def 1 and 9/5/03 re: def 2; as of date of MO there are no pending mots; 10/29/03 evid hrg is deemed unnecessary and is therefore VACATED. cc: USA, FPD, S. Dattan, USM, PO |
| 38 - | 1 | 11/17/03 | [Re: DEF 1-2] JKS Minute Order reassigning case to Judge Sedwick; use case number A03-117 CR (JWS) on future filings; 11/26/03 FPTC reset to 12/8/03 at 8:30 a.m.; TBJ remains set 12/8/03 at 9:00 a.m.. cc: USA, FPD, S. Dattan, USM, USPO, MJ Branson, Judge Sedwick, JC |
| 39 - | 1 | 12/01/03 | DEF 2 motion on shortened time to continue trial w/att aff. |
| 40 - | 1 | 12/01/03 | [Re: DEF 1-2] PLF 1 Trial Brief. |
| 41 - | 1 | 12/01/03 | [Re: DEF 1-2] PLF 1 Proposed Voir Dire. |
| 42 - | 1 | 12/01/03 | [Re: DEF 1-2] PLF 1 Proposed Jury Instructions. |
| 43 - | 1 | 12/03/03 | [Re: DEF 1-2] JWS Minute Order by agreement of judges, reassigning case to Judge Singleton; use case number A03-0117 CR (JKS) on future filings. cc: USA, FPD, S. Dattan, USM, USPO, Judge Singleton, JC, MJ Branson |
| 44 - | 1 | 12/03/03 | [Re: DEF 1-2] JKS Minute Order setting hrg on mot to cont trial for 12/05/03 at 11:00 a.m. cc: USA, FPD, S. Dattan, USM, USPO, MJ Branson, JC |
| 45 - | 1 | 12/08/03 | [Re: DEF 1-2] JKS Court Minutes [ECR: Caroline Edmiston] Hrg on mot to cont trial Held 12/05/03; granting mot on shortened time to cont trial |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0117--CR (JKS)
           "USA V SAMUEL H. SCHURIG ET AL"

           In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| | | | (39-1); FPTC previously set for 12/08/03 at 8:30 a.m. vacated and reset for 02/04/04 at 3:00 p.m.; TBJ previously set for 12/08/03 vacated and reset for 02/17/04 at 9:00 a.m.; crt found excludable delay under 3161(h)(8)(B)(iv) (T code); trial estimated for one week. cc: USA, FPD, S. Dattan, USM, USPO, MJ Branson, JC |
| 46 - | 1 | 12/08/03 | [Re: DEF 1-2] JKS Order of excludable delay; crt found excludable delay under 3161(h)(8)(B)(iv) (T coded). |
| 47 - | 1 | 01/26/04 | DEF 1 Notice of Intent to change plea. |
| 48 - | 1 | 01/26/04 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 49 - | 1 | 01/27/04 | [Re: DEF 1] JKS Minute Order vacating FPTC set for 02/04/04 at 3:00 p.m. and resetting PCOP/FPTC for this def only for 02/04/04 at 4:30 p.m. cc: USA, FPD, S. Dattan, USM, USPO, MJ Branson, JC |
| 50 - | 1 | 02/02/04 | DEF 2 Proposed Jury Instructions. |
| 51 - | 1 | 02/02/04 | DEF 2 Proposed Voir Dire. |
| 52 - | 1 | 02/03/04 | [Re: DEF 2] JKS Minute Order that FPTC previously set for 02/04/04 is vacated and reset for 02/12/04 at 4:00 p.m. cc: USA, S. Dattan, USM, USPO, MJ Branson, JC |
| 53 - | 1 | 02/05/04 | [Re: DEF 1] JKS Court Minutes [ECR: Denali Elmore] PCOP/FPTC Held 02/04/04; def changed plea to guilty on ct 2 of the Indt; cts 1 & 3 of the Indt to be dism at IOS; IOS set for 05/14/04 at 9:00 a.m. cc: USA, FPD, USM, USPO, MJ Branson, JC |
| 54 - | 1 | 02/12/04 | DEF 2 motion on shortened time to dismiss indictment pursuant to FRCP 48(a). |
| 55 - | 1 | 02/12/04 | [Re: DEF 2] JKS Order granting mot on shortened time to dismiss indt pursuant to FRCP 48(a) (54-1). cc: USA, S. Dattan, USM, USPO, MJ Branson, JC |
| 56 - | 1 | 02/13/04 | [Re: DEF 2] JKS Judgment of Discharge dism cts 1,2,3 of the Indt (1-1). cc: USA, S. Dattan, DEF w/cnsls cy, USM, USPO, MJ Branson |
| 57 - | 1 | 02/25/04 | [Re: DEF 1] JKS Minute Order that IOS previously set for 05/14/04 is vacated and reset for 05/11/04 at 4:00 p.m. cc: USA, FPD, USM, USPO, MJ Branson |
| 57A- | 1 | 04/08/04 | {SEALED} |
| 58 - | 1 | 04/08/04 | {SEALED} |
| 57A- | 2 | 04/15/04 | {SEALED} |
| 58 - | 2 | 04/15/04 | {SEALED} |
| 59 - | 1 | 04/30/04 | {SEALED} |
| 60 - | 1 | 04/30/04 | [Re: DEF 1] PLF 1 motion on shortened time for evidentiary hearing. |
| 61 - | 1 | 05/04/04 | [Re: DEF 1] JKS Order granting mot on shortened time for evid hrg (60-1); evid hrg set for 05/11/04 at 4:00 p.m. cc: USA, FPD, USM, USPO |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0117--CR (JKS)
"USA V SAMUEL H. SCHURIG ET AL"
```

In public format, for all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 62 - | 1 | 05/04/04 | {SEALED} |
| 63 - | 1 | 05/10/04 | [Re: DEF 1] JKS Minute Order resetting evid hrg/IOS for 05/11/04 at 1:30 p.m. cc: USA, FPD, USM, USPO |
| 64 - | 1 | 05/12/04 | [Re: DEF 1] JKS Court Minutes [ECR: Robin Carter] Evid Hrg/IOS Held 05/11/04; oral mot to seal sent memo dkt 62 granted; reconvene on 05/19/04 at 2:00 p.m. cc: USA, FPD, USM, USPO |
| 65 - | 1 | 05/18/04 | DEF 1 Supplemental sentencing memo w/att exh. |
| 66 - | 1 | 05/19/04 | [Re: DEF 1] PLF 1 motion on shortened time to strike defendant's supplemental sentencing memo. |
| 67 - | 1 | 05/20/04 | [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston] Cont evid hrg/IOS Held 05/19/04; granting mot on shortened time to strike def's suppl sentencing memo (66-1); def sentenced to 45 days in prison; SR 1 yr; $100 SA; Restitution $42,000; cts 1 & 3 of the Indt dism; bond exonerated upon surrender to USM w/att wit & exh list. |
| 68 - | 1 | 05/25/04 | [Re: DEF 1] JKS Judgment dism cts 1,3 of the Indt (1-1); pleaded guilty to cts 2 of the Indt (1-1); sentenced to 45 days in prison; 12 mos SR; $100 SA; $42,000 Restitution. cc: USA, FPD, DEF w/cnsls cy, USM, USPO, MJ Branson, FLU, Finance |
| NOTE - | 6 | 06/04/04 | Transmittal: Forwarded notice of appeal (69-1) to 9CCA. |
| 69 - | 1 | 06/04/04 | DEF 1 appeal to 9CCA of (68-1) filed 05/25/04. cc:USA, FPD, USM, PO, Judge Singleton, 9CCA |
| 70 - | 1 | 06/04/04 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (69-1) cc:USA, FPD, USM, PO, Judge Singleton, 9CCA( original), ECR |
| 71 - | 1 | 06/24/04 | [Re: DEF 1] Partial transcript re: IOS held 5/19/04. |
| 72 - | 1 | 06/28/04 | DEF 1 Transcript Designation/Order Form re: notice of appeal (69-1) w/order form. cc:ecr |
| 73 - | 1 | 07/21/04 | [Re: DEF 1] Transcript of Evid Hrg/IOS held 5/11/04 re: notice of appeal (69-1) (in expando) |
| 74 - | 1 | 07/21/04 | [Re: DEF 1] PARTIAL Transcript of Cont'd Evid Hrg/IOS held 5/19/04 re: notice of appeal (69-1) (in expando) |
| 75 - | 1 | 08/24/04 | [Re: DEF 1] cy 9CCA Certificate of Record. (69-1) cc: K. Loeffler, R. Curtner, 9CCA (Original) |
| 76 - | 1 | 09/23/04 | DEF 1 motion to modify cond's of release or alternatively a motion to stay restitution. |
| 77 - | 1 | 10/12/04 | [Re: DEF 2] PLF 1 opposition to DEF 1 motion to modify cond's of release or alternatively a motion to stay restitution (76-1). |
| 78 - | 1 | 10/25/04 | [Re: DEF 2] PLF 1 Notice of revision of restitution. |
| 79 - | 1 | 11/03/04 | [Re: DEF 1] JKS Order re motion to stay the courts restitution pending the outcome of his appeal (76-1) granted on the condition that def pay |

```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET ENTRIES FOR CASE A03-0117--CR (JKS)
                     "USA V SAMUEL H. SCHURIG ET AL"

                    In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| | | the approp funds into an escrow acct until the conclusion of his appeal. cc: USA, FPD |
| NOTE - 7 | 01/26/05 | Transmittal: Forwarded D.C. record to 9CCA consisting of 2 original volumes, 1 original sealed volume (dkt57A, 58, 59, 62); 1 expando w/dkt # 73 & 74. |
| NOTE - 8 | 01/31/05 | Notation (re: Appeal): 9CCA received records consisting of 2 original volumes, 1 original sealed volume (dkt57A, 58, 59, 62); 1 expando w/dkt # 73 & 74. |
| 80 - 1 | 05/02/05 | [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (69-1) that the district court's decision is AFFIRMED w/att memo. cc:USA, FPD, Judge Singleotn, USM, PO |
| 81 - 1 | 08/16/05 | [Re: DEF 1] JKS Order & Report terminating SR; def is discharged from SR & proceedings in this case are terminated. cc: USPO |