Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SAMUEL H. SCHURIG (D-01) and<br>DELYNN BROUILLET (D-02),<br><br>　　　　Defendant. | NO. A03-0117-01 CR (JKS)<br><br>**UNOPPOSED MOTION FOR RETURN OF SAMUEL SCHURIG'S PASSPORT** |

　　　　COMES NOW THE DEFENDANT, SAMUEL H. SCHURIG, by and through counsel Rich Curtner, Federal Defender, and requests that his United States passport, currently being held in the Clerk's Office, be returned to him.

　　　　This motion is unopposed by Assistant U.S. Attorney, Karen Loeffler.

　　　　This motion is submitted pursuant to D.Ak.L.Crim.R. and is supported by the attached affidavit of counsel.

DATED this 12th day of January 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     rich_curtner@fd.org

Certification:
I certify that on January 12, 2006,
a copy of *Unopposed Motion for Return
of Samuel Schurig's Passport* was served
electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

D. Scott Dattan
2600 Denali Street, Ste 460
Anchorage, AK 99503

and a copy was hand delivered to:

Scott Kelley
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Rich Curtner