Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL H. SCHURIG (D-01) and<br>DELYNN BROUILLET (D-02),<br><br>Defendant. | NO. A03-0117-01 CR (JKS)<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Rich Curtner, being first duly sworn upon oath, deposes and states:

1. I am the attorney for Samuel H. Schurig in the above-captioned case.

2. Defendant Samuel Schurig surrendered his passport Number 076713491 to the Court Clerk on August 22, 2003 (*See* Clerk's Notice at Docket 17).

    3. Mr. Schurig has completed his incarceration and his supervised release.

    4. Undersigned counsel does not have access to the original receipt for the passport.

    5. Assistant U.S. Attorney Karen Loeffler does not oppose this motion.

    6. For all these reasons, it is appropriate to direct the court to return Mr. Schurig's passport to the Federal Public Defender or to Mr. Schurig.

    FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Rich Curtner*
Rich Curtner

SUBSCRIBED AND SWORN to before me this 12th day of January 2006.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008