UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL H. SCHURIG (D-01) and<br>DELYNN BROUILLET (D-02),<br><br>Defendant. | NO. A03-0117-01 CR (JKS)<br><br>**ORDER GRANTING<br>UNOPPOSED MOTION FOR<br>RETURN OF SAMUEL<br>SCHURIG'S PASSPORT** |

After due consideration of the Unopposed Motion for Return of Samuel Schurig's Passport No. 076713491, the court GRANTS the motion.

IT IS HEREBY ORDERED THAT the Clerk of Court is authorized to release the passport of Samuel Schurig to the Federal Defender's Office for the District of Alaska or to Mr. Schurig without the original receipt.

DATED: January 17, 2006.

      /s/ James K. Singleton
JAMES K. SINGLETON
U.S. DISTRICT JUDGE